No. 94–6636.  GRANGER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 94–6637.  LINARES *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–6638.  MCCLAIN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 94–6639.  MAXWELL ET AL. *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 94–6641.  OLVERA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–6642.  MORRIS *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 94–6648.  SULEIMAN *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 94–6649.  FOY *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–6650.  MCDOWELL *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 94–6651.  MCALPINE *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 94–6652.  CHESNEY *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 94–6655.  SLAGEL *v.* SHELL OIL REFINERY ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 94–6659.  HOLST *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 94–6666.  PHILLIPS *v.* NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 94–6668.  FORD *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 94–6670.  SMITH *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.